500

196 SW 2d 833



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**ALD C. MANN**
**TORNEY GENERAL**

February 16, 1939

Hon. Stephen P. Hebert
County Attorney
DeWitt County
Cuero, Texas

*overruled by*
*court judgment in*
*Sam F Patten v.*
*Concho Co., D. C. Concho*
*County no. 95-81*

Dear Sir:

Opinion No. 0-355
Re: Article 1659, requiring compe-
titive bids in the purchase of
road machinery.

Your letter of February 10th has been received
in which you desire this Department to furnish you an
opinion as to whether or not a Commissioners' Court, de-
siring to purchase a road tractor costing probably be-
tween $1,500.00 and $2,000.00, would have to advertise
for competitive bids.

In this connection, we believe that Article
1659 controls and a portion of which article reads as
follows:

"Supplies of every kind, road and
bridge material, or any other material,
for the use of said county, or any of
its officers, departments, or institutions
must be purchased on competitive bids, the
contract to be awarded to the party who,
in the judgment of the Commissioners' Court,
has submitted the lowest and best bid...."

We respectfully attach hereto a copy of an opin-
ion written by Hon. Joe Sharp, Assistant Attorney General,
addressed to Hon. Alwin E. Pape, County Attorney, Seguin,
Texas, under date of September 14, 1937, which answers,
no doubt, the identical question as contained in your
letter. It appears, therefore, that this Department has
consistently held that road machinery comes under the terms

and within the meaning of said statute and that the phrase "supplies of every kind" would include such road machinery as mentioned.

It is, therefore, the opinion of this Department that in the purchase of a road tractor as outlined in your letter that same should be advertised for competitive bids, as provided in the above statute.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. R. King
Assistant

WmK:AW

ENCLOSURE

APPROVED:

ATTORNEY GENERAL OF TEXAS